JOHN SCHUBERT, Respondent, *v.* GEORGE CROWLEY, Appellant.

*Mechanic's Lien—Notice.*—The sub-contractor must give the owner of the building ten days' notice of his claim before filing his lien, Notice served on the 1st of September, when the lien was filed on the 10th, was not sufficient. (Acts 1857, p. 679, § 18.)

*Appeal from St. Louis Law Commissioner's Court.*

*J. Jecko,* for respondent.

*Knox & Kellogg,* for appellant.

The notice was served on the 1st day of September, 1859; the papers filed in the office of the clerk of the St. Louis Land Court were filed September 10th, 1859.

Defendant proved that he paid Umberson, the contractor, in full before the service of the notice.

BAY, Judge, delivered the opinion of the court.

The statute relating to mechanics' liens applicable to St. Louis county requires that every person except the original contractor, who may wish to avail himself of the benefit of the act, shall give ten days' notice before the filing of the lien to the owner, owners or agent, or either of them, that he holds a claim against such building or improvement, setting forth the amount, and from whom the same is due. The record in this case shows that the defendant Crowley, who owned the building, received but nine days' notice of such claim, and that he had paid the original contractor in full. It was error, therefore, to render judgment against him. The judgment will be reversed as to the defendant Crowley; the other judges concurring.